041245/19344/PEH/BJC

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD DIVISION

| | |
|---|---|
| DWAINE JOHNS, <br><br> Plaintiff, <br><br> v. <br><br> CMT JENNIFER TINSLEY, CMT JANE DOE, NURSE KAREN, and DR. TILDEN, WARDEN, <br><br> Defendants. | No. 16-cv-1106 <br><br> Chief Judge James E. Shadid |

### ANSWER TO PLAINTIFF'S COMPLAINT WITH AFFIRMATIVE DEFENSES

NOW COME the Defendants, KAREN ZEHR and DR. ANDREW TILDEN, by their attorney, Brent J. Colbert, and pursuant to Local Rule 16.3(E)(2) and the Court's July 26, 2016 Order, hereby submit their Answer and Affirmative Defenses to Plaintiff's Complaint, stating as follows:

1. Dr. Tilden admits that he has been employed as the Facility Medical Director at Pontiac Correctional Center

2. Karen Zehr admits that she was employed by Wexford as a Licensed Practical Nurse at Pontiac Correctional Center from December 17, 2005 to July 13, 2016.

3. Defendants admit that jurisdiction and venue are proper in the Central District of Illinois.

4. Defendants deny that any act or omission on their part constitutes deliberate indifference to a serious medical need.

5. Defendants deny that any response they may or may not have made to any request of the Plaintiff constituted deliberate indifference to a serious medical need.

6. Defendants deny that Plaintiff was injured by any act, omission, or delay allegedly caused by Defendants.

7. Defendants deny that Plaintiff is entitled to any relief whatsoever.

8. Defendants deny that Plaintiff's claims are meritorious.

**DEFENDANTS DEMAND TRIAL BY JURY**

## AFFIRMATIVE DEFENSES

1. At all times relevant herein, Defendants acted in good faith in the performance of their official duties and without violating Plaintiff's clearly established statutory or constitutional rights of which a reasonable person would have known. Defendants are therefore protected from suit by the doctrine of qualified immunity.

2. To the extent Plaintiff has failed to exhaust his administrative remedies prior to initiating bringing this action, his claims are barred by Section 1997e(a) of the Prison Litigation Reform Act.

**DEFENDANTS DEMAND TRIAL BY JURY AS TO THE AFFIRMATIVE DEFENSES**

WHEREFORE, for the above reasons, Defendants respectfully requests this Honorable Court deny Plaintiff any relief in this matter and grant Defendants judgment as to all matters and any other relief deemed appropriate, including cost of suit.

>Respectfully submitted,
>
>CASSIDAY SCHADE LLP
>
>By:  /s/ Brent J. Colbert
>    Attorneys for Defendant, KAREN ZEHR and
>    DR. ANDREW TILDEN

Brent J. Colbert
ARDC No. 6312563
CASSIDAY SCHADE LLP
111 North Sixth Street, 2nd Floor
Springfield, IL 62701
(217) 572-1714
(217) 572-1613 (Fax)
bcolbert@cassiday.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2016, I electronically filed the foregoing Answer to Plaintiff's Complaint with Affirmative Defenses with the Clerk of the Court using the CM/ECF system. The electronic case filing system sent a "Notice of E-Filing" to the following:

and I hereby certify that a true and correct copy of the foregoing Answer to Plaintiff's Complaint with Affirmative Defenses was served via regular mail to the following non-CM-ECF participant at the following address by depositing the same in the U.S. mail located in Springfield, Illinois, with proper postage prepaid, on October 4, 2016. Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct:

Dwaine Johns
IDOC #R06105
Pontiac Correctional Center
Inmate Mail/Parcels
P.O. Box 99
Pontiac IL 61764
(815) 842-2816

/s/ Brent J. Colbert

8322476 BCOLBERT;BCOLBERT